# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RONALD ORTH, et al.,

        Plaintiffs,

    v.                                        Case No. 07-C-149

WISCONSIN STATE EMPLOYEES UNION
COUNCIL 24, et al.

        Defendants.

## ORDER

Plaintiff moves to alter the judgment to add an award of post-judgment interest and compound interest. Specifically, Plaintiff seeks some $2,706 in post-judgment interest on the award of attorney's fees, as well as some $240 in compound interest on unreimbursed premium payments. These amounts are accurate as of December 22, 2008 (the date Plaintiff's counsel calculated them) but Plaintiff notes that the tab is still running because these amounts are as yet unpaid. Defendants have not filed a response to the motion.

I first note that the current amended judgment already awards compound interest at the prime rate on the $7,239.41 principal. The Plaintiff has calculated this amount ($240) as of December 22, 2008, but that does not warrant amending the judgment, as the judgment already awards this relief.

I conclude, however, that Plaintiff is entitled to an amendment to award post-judgment interest sought for its attorney's fees award, as interest on that amount is not awarded in the current amended judgment. Accordingly, the motion to amend will be **GRANTED** in part. The amended

judgment will add an award of $2,706.53 in post-judgment interest on the attorney's fees. It will

further award additional interest incurred on the $40,743.20 principal at a rate of 4.83% accruing

from December 22, 2008 until the date the judgment is paid.

**SO ORDERED** this ___1st___ day of April, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge